# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

GLORY ANNA JOHNSON,

    **Plaintiff,**

  v.                               **Case No. 22-CV-1023**

JANE DOE, *et al.*,

    **Defendants.**

## ORDER

On May 15, 2023, the court screened *pro se* plaintiff Glory Anna Johnson's amended complaint and allowed to proceed on claims against John and Jane Doe defendants. (ECF No. 13.) The court named Shawano County Jail Administrator Troy Beyer as a defendant for the limited purpose of assisting Johnson in identifying the Doe defendants. The court gave Johnson 60 days from the date that Beyer's attorney filed a notice of appearance to file a motion identifying the real names of the Doe defendants. The court cautioned Johnson that failing to timely identify the Doe defendants would result in dismissal of her case.

Beyer's attorney filed a notice of appearance on May 24, 2023, setting Johnson's deadline to identify the Doe defendants as July 24, 2023. To date, Johnson has not identified the Doe defendants. On July 26, 2023, Beyer filed a motion to dismiss. (ECF No. 17.) As such, the court will give Johnson one last

opportunity to identify the Doe defendants or file a letter explaining why she is unable to do so. If Johnson fails to identify the Doe defendants or file an explanatory letter within 14 days of the date of this order, the court will grant Beyer's motion to dismiss and dismiss the case.

**THEREFORE, IT IS ORDERED** that Johnson must either file a motion identifying the real names of the Doe defendants or file a letter explaining why she is unable to do so by **September 11, 2023.** Failure to do so by the deadline will result in the court granting Beyer's motion to dismiss and dismissal of the case.

Dated at Milwaukee, Wisconsin this 28th day of August, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2